UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

:

UNITED STATES OF AMERICA,                                :

:

:

-v-                                                      :

:

BRANDON SMITH,                                           :

:

Defendant. :

---------------------------------------------------------- X

```
┌──────────────────────────────────┐
│ USDC SDNY                          │
│ DOCUMENT                           │
│ ELECTRONICALLY FILED               │
│ DOC #:_____              │
│ DATE FILED: 9/13/2021              │
└──────────────────────────────────┘
```

1:16-cr-656-GHW-11

ORDER

GREGORY H. WOODS, United States District Judge:

The proceeding scheduled for September 13, 2021 is adjourned to September 28, 2021 at

2:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street,

New York, New York 10007.

SO ORDERED.

Dated:  September 13, 2021
        New York, New York

GREGORY H. WOODS
United States District Judge