UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
  UNITED STATES OF AMERICA,

            -against-

  BRANDON SMITH,

                          Defendant.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/2025

1:16-cr-656-GHW-11
1:21-cr-659-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    Upon the joint application of the United States of America, by and through Jay Clayton, United States Attorney for the Southern District of New York, Jane Chong, Assistant United States Attorney, of counsel, and Brandon Smith, by and through his attorney, Donna Newman, it is hereby ORDERED that the status conference scheduled for July 28, 2025 at 12:00 p.m. is adjourned until September 11, 2025 at 11:00 a.m.

    The Clerk of Court is directed to terminate the motion pending at Dkt. No. 38.

    SO ORDERED.

Dated: July 25, 2025
New York, New York

                                                _____
                                                GREGORY H. WOODS
                                                United States District Judge