```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    UNITED STATES OF AMERICA,            :
                                         :
                    -against-            :
                                         :
    BRANDON SMITH,                       :         1:16-cr-656-GHW-11
                                         :         1:21-cr-659-GHW
                         Defendant.      :
-------------------------------------------------------------X         ORDER
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/2025

GREGORY H. WOODS, United States District Judge:

The status conference currently scheduled for September 11, 2025 at 11:00 a.m. is rescheduled. The conference will take place on October 2, 2025 at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the conference as scheduled unless otherwise ordered by the Court.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 40 in case number 1:21-cr-00659-GHW-1.

SO ORDERED.

Dated: September 9, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge